# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUNWAY,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | Case No. 1:14-cv-1718--BAM<br><br>ORDER GRANTING IFP AND DIRECTING THE CLERK OF THE COURT TO ISSUE NEW CASE DOCUMENTS AND SET A SCHEDULING CONFERENCE |

On November 4, 2014, prisoner Plaintiff John Dunway ("Plaintiff"), represented by counsel, filed a complaint and an application to proceed in forma pauperis. (Doc. 1). Plaintiff has made the required showing pursuant to 28 USC § 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED.

The Clerk of the Court is directed to issue a summons, serve Plaintiff with new civil case documents, and set a scheduling conference in this matter.

IT IS SO ORDERED.

Dated:   **December 8, 2014**          /s/ *Barbara A. McAuliffe* _
                                       UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28