KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
RENE L. LUCARIC, State Bar No. 180005
Supervising Deputy Attorney General
DAVID A. CARRASCO, State Bar No. 160460
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6334
 Fax:  (213) 897-7604
 E-mail:  David.Carrasco@doj.ca.gov
*Attorneys for Defendant*
*California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN DUNAWAY,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 1:14-cv-1718 BAM<br><br>**STIPULATION AND ORDER EXTENDING TO RESPOND TO COMPLAINT**<br><br>Action Filed:  November 3, 2014 |

The parties stipulate to extend the time for the California Department of Corrections and Rehabilitation (CDCR) to respond to Plaintiff's complaint.  CDCR's response is currently due on January 26, 2015.  But the case was just assigned to CDCR's counsel last week and he has not yet received documents needed for a proper review and response.  Accordingly, the parties stipulate that CDCR shall have until February 27, 2015, to respond.

/ / /

/ / /

/ / /

Dated:  January 20, 2015          */s/ Ben Williams*_____
BEN WILLIAMS
Jesse Ortiz Law
Attorney for Plaintiff
*John Edward Dunaway*

Dated:  January 20, 2015          */s/ David A. Carrasco*_____
DAVID A. CARRASCO
Office of the Attorney General
Attorney for Defendant
*California Department of Corrections and Rehabilitation*

## ORDER

Having reviewed the stipulation of the parties (Doc. 5), Defendant CDCR shall have until February 27, 2015, to file a response to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **January 21, 2015**              /s/ Barbara A. McAuliffe    _
UNITED STATES MAGISTRATE JUDGE