# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUNAWAY,<br><br>         Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, AND DOES 1-100, inclusive,<br><br>         Defendants. | Case No.:1:14-cv-01718---BAM<br><br>**COURT ORDER TO CONTINUE MANDATORY STATUS CONFERENCE** |

FOR GOOD CAUSE SHOWN, the court grants the parties request for a continuance of the mandatory status conference is granted. Said conference shall be continued from March 12, 2015 to March 26, 2015 at 9:30 a.m. before Judge McAuliffe.

IT IS SO ORDERED.


Dated:  **February 17, 2015**              /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE